UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO. 15-06073-dd |
| | ) ADVERSARIAL CASE NO. |
| MELLISA LEE CARRIGAN, | ) CHAPTER 7 |
| | ) |
| | ) |
| DEBTOR, | ) |
| | ) |
| MELISSA LEE CARRIGAN, | ) |
| | ) **COMPLAINT** |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FIRST CITIZENS | ) |
| BANCSHARES, INC., DOING | ) |
| BUSINESS AS FIRST CITIZENS | ) |
| BANK AND TRUST COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**COMPLAINT**

Plaintiff, Mellisa Lee Carrigan, brings this action individually under the United States Bankruptcy Code, 11 U.S.C. Section 362, and to enjoin Defendant's conduct and recover damages by reason of the Defendants violation of the Bankruptcy Code, and alleges:

### *JURISDICTION AND VENUE*

1.  This Honorable Court has jurisdiction of this action and over the parties herein.

### PARTIES

2.   Plaintiff, Melissa Lee Carrigan, is a citizen of the State of South Carolina residing in Horry County, from whom First Citizens BancShares, Inc., doing business as First Citizens Bank and Trust Company, hereinafter referred to as "First Citizens" attempted to collect a debt.

3.   The Defendant was involved as a principal and acted as a debt collector in South Carolina. It is a financial institution organized and existing pursuant to the laws of one of the States in these fifty States of the United States of America and is operating and doing business in South Carolina.

### FACTUAL ALLEGATIONS
### FIRST CAUSE OF ACTION

4.   Plaintiff on November 12, 2015 filed for Chapter 7 bankruptcy relief in the District of South Carolina.  Her bankruptcy case number is 15-06073.  The Debtor listed and scheduled two unsecured debts owed to First Citizens in Schedule F of her bankruptcy petition and schedules.  That after the Plaintiff had filed for bankruptcy protection and relief she began to receive telephone collection calls from agents, servants and or employees of the Defendant wherein the Defendant contacted the Plaintiff with the express intent to try to collect on debts that it knew had been listed in the

Plaintiff's bankruptcy case.  The Plaintiff would show that she received collection telephone calls from the Defendant on the following dates: December 14, 2015 (one call); December 16, 2015 (two calls); December 18, 2015 (one call); December 21, 2015 (four calls).  The Plaintiff hereby attaches six screenshots from her cellular telephone phone showing the times and dates of the collection calls made to her by the Defendant as exhibit "A" and incorporates these documents by reference herein.

Upon information and belief the Defendant knew of the Plaintiff's bankruptcy filing yet has willfully and deliberately chosen to ignore the automatic stay provisions of 11 U.S.C. Section 362.

5.  Plaintiff would show that said aforementioned collection calls for payment were done with the express intent to annoy, threaten, cause harm, abuse, intimidate or harass her. That said repeated acts and calls by the Defendant has caused her damages including emotional distress and attorney fees.

6.  That the Defendant's actions violate 11 U.S.C. Section 362.

7.  That the Defendant has engaged in acts which constitute a flagrant and willful violation of the bankruptcy automatic stay.

8.  Defendant's violation of the Bankruptcy Code renders

it liable to the Plaintiff for statutory damages, costs,

punitive damages and reasonable attorney's fees.

## FOR A SECOND CAUSE OF ACTION
### NEGLIGENCE

9.   That the Plaintiff realleges all of the allegations

contained in paragraphs one through eight as if the same were set

forth verbatim herein.

10.   That the Plaintiff would show that the Defendant was

negligent, grossly negligent, reckless, willful and wanton in the

following particulars to wit:

(a)   In failing to properly and reasonably handle the
      Plaintiff's account, bankruptcy notification and
      the bankruptcy notice it received;

(b)   In failing to use due care;

(c)   In failing to take adequate and reasonable measures
      so that collection calls and demand for payment
      would not occur against the Plaintiff;

(d)   In engaging in conduct that violated the bankruptcy
      laws;

(e)   In harassing the Plaintiff by continuing to
      contact her and call her repeatedly regarding
      the debts she listed that were owed to the Defendant.

11.   That as a direct and proximate result of said negligent

acts and or delicts of the Defendant the Plaintiff has suffered

actual damages including emotional distress, emotional anguish,

embarrassment, worry, humiliation and attorney fees in an amount

to be determined by the Court.   Plaintiff has had to retain the

services of an attorney to protect her interests and the

Defendant should be required to pay her reasonable attorney

fees in this action.

### *PRAYER FOR RELIEF*

**WHEREFORE,** Plaintiff prays that this Court:

1. Declare that the Defendant's policy, conduct and or

behavior in it's debt collection violates 11 U.S.C. Section 362

and enter an injunction in favor of the Plaintiff and against

Defendant prohibiting Defendant from further violating 11

U.S.C. Section 362;

2. Enter judgment in favor of the Plaintiff in the

Plaintiff's First Cause of Action and against the

Defendant for statutory damages, actual damages and costs as

provided by 11 U.S.C. Section 362 and the Bankruptcy Code;

3.Award the Plaintiff costs and reasonable attorney's

fees as provided by 11 U.S.C. Section 362;

4. Enter judgment in favor of the Plaintiff

in the Second Cause of action for negligence in an actual amount

to be determined for actual damages plus an award of

punitive damages;

_____

David H. Breen #1459
Attorney for Plaintiff
1341 44th Avenue North, Suite 200
Myrtle Beach, SC 29577
843-445-9915


December 24, 2015
Myrtle Beach, South Carolina

# VERIFICATION

**PERSONALLY APPEARED** before me, Melissa Lee Carrigan,

who being duly sworn, deposes and says that she is

the Plaintiff in the foregoing Adversarial Complaint against First

Citizens BancShares, Inc., doing business as First Citizens

Bank and Trust Compay and that she has read the matters

contained in the Complaint and know same to be true and correct to

her own knowledge, information and belief.


_____
MELISSA LEE CARRIGAN


Sworn to before me this _2ʸ___

day of December, 2015.


_____(L.S.)
**NOTARY PUBLIC FOR SOUTH CAROLINA**
My Commission expires: 1-21-2025

**ALL**          **MISSED**          **OUTGOING**          **INCO**

(866) 324-3120

United States

2 days ago

(800) 562-5167

United States

(5) 2 days ago

(866) 575-4108

United States

5 days ago

## Add to contacts



# Call (866) 324-3120



Missed call
Monday, December 21, 2015, 2:58 PM

Missed call
Wednesday, December 16, 2015, 9:29 AM

Add to contacts 

Call (866) 575-4108 

✂ Missed call
Friday, December 18, 2015, 9:38 AM

# Add to contacts



# Call (800) 562-5167



⚇ Missed call
Monday, December 21, 2015, 10:11 AM

⚇ Missed call
Monday, December 21, 2015, 10:06 AM

⚇ Missed call
Wednesday, December 16, 2015, 1:53 PM

⚇ Missed call

## 800-562-5167

Dec 21, 2015 10:12 AM



Upgrade to a Premium account and the voicemails you receive will be transcribed to text for you to read.



00:14

**866-324-3120**

Dec 21, 2015 2:59 PM



Upgrade to a Premium account and you can have all of your voicemails automatically forwarded to your Email.

00:03

