UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.15-06073-DD |
| ) | ADVERSARIAL CASE NO.15-80210 |
| MELISSA LEE CARRIGAN, ) | CHAPTER 7 |
| ) | |
| DEBTOR, ) | |
| ) | |
| ) | |
| MELISSA LEE CARRIGAN, ) | **STIPULATION OF** |
| ) | **DISMISSAL WITH PREJUDICE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FIRST CITIZENS BANCSHARES ) | |
| INC., DOING BUSINESS AS ) | |
| FIRST CITIZENS BANK AND ) | |
| TRUST COMPANY, ) | |
| ) | |
| Defendant ) | |

The Plaintiff and Defendant to the above-captioned adversary proceeding hereby stipulates that the adversary proceeding is dismissed with prejudice since it is resolved and now moot.

*[signature]*
David H. Breen, #1459
Attorney for the Plaintiff

*[signature]*
Keith Poston, #10599
Attorney for the Defendant

**January 8, 2016**